

# THE THIRTEENTH COURT OF APPEALS

13-13-00269-CV

COMPLETE OILFIELD MANAGEMENT & MAINTENANCE, INC. D/B/A COMM
ENGINEERING
v.
ALTA MESA SERVICES, LP AND ALTA MESA HOLDINGS GP, LLC

On Appeal from the
24th District Court of Jackson County, Texas
Trial Cause No. 09-10-13582

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 29, 2015